**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 195 MAL 2018

            Respondent             :

                                   :    Petition for Allowance of Appeal from

                                   :    the Order of the Superior Court

               v.                    :

                                   :

MONTANA JEROME BELL,            :

                                   :

            Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.